**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-2109**

─────────────

In re:  GARY BUTERRA WILLIAMS,

                    Petitioner.

─────────────

On Petition for Writ of Mandamus.
(No. 3:11-cv-00709-HEH)

─────────────

Submitted:  October 11, 2012          Decided:  October 15, 2012

─────────────

Before KING, DUNCAN, and DIAZ, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Gary Buterra Williams, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Buterra Williams petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to amend his 28 U.S.C. § 2254 (2006) petition. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED